UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   -vs-<br><br>NICHOLAS GUERRERO,<br><br>   Defendant. | No.   2:07-CR-2042-WFN-3<br><br>ORDER |

Pending before the Court is Defendant's Motion to Modify Imposition of Sentence. ECF No. 811.  Defendant was sentenced pursuant to a Rule 11(c)(1)(C) Plea Agreement for what turned out to be a below guideline sentence.  Amendment 782 only applies when the original sentence was based on the Guidelines. Defendant's sentence was not. Therefore, Defendant is ineligible for resentencing.

The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Modify Imposition of Sentence, filed June 5, 2015, **ECF No. 811**, is **DENIED**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 30th day of June, 2015.

06-26-15

                                   s/ Wm. Fremming Nielsen
                              WM. FREMMING NIELSEN
                     SENIOR UNITED STATES DISTRICT JUDGE

ORDER